

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-20-00389-CV

**THE CINCINNATI INSURANCE COMPANY**,
Appellant

v.

Ronnie **VILLANUEVA**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-10-36490-MCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

Appellee's brief was originally due January 29, 2021; however, the court granted an extension until April 1 to file the brief. Appellee has filed a motion for a further extension of time.

We grant the motion and order appellee's brief due April 16, 2021 (77 days after the original due date). Appellee is advised that a further motion for extension of time will be disfavored and if the brief is not filed by the date ordered, the appeal may be set for submission without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court